IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:09cv592-MHT |
| | ) | (WO) |
| SAXON MORTGAGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 8, 2009, the magistrate judge filed a recommendation (Doc. # 9) in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that this case is dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Cost are taxed against plaintiff**.**

DONE this the 30th day of October 2009.

　　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE